**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**



FILED

*EH* MAR 2 2 2018

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18- 42 -BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | THEFT FROM A FEDERALLY LICENSED FIREARMS DEALER (Count I) Title 18 U.S.C. § 922(u) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| AUSTIN LEE LAMB, | |
| Defendant. | |
| | POSSESSION OF STOLEN FIREARMS (Count II) Title 18 U.S.C. § 922(j) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT I

On or about April 13, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, AUSTIN LEE LAMB, knowingly and unlawfully stole, in and affecting interstate commerce, firearms, a Spikes Tactical LLC, model ST15, 5.56mm caliber semi-automatic pistol (serial number SCR-008951), and a Windham Weaponry, model WW-15, 5.56mm caliber semi-automatic rifle, (serial number WW031928), from the inventory of Northwest Pawn and Gun, a business federally licensed to deal in firearms, in violation of 18 U.S.C. § 922(u).

## COUNT II

On or about April 13, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, AUSTIN LEE LAMB, knowingly and unlawfully possessed, in and affecting interstate commerce, firearms, a Spikes Tactical LLC, model ST15, 5.56mm caliber semi-automatic pistol (serial number SCR-008951), and a Windham Weaponry, model WW-15, 5.56mm caliber semi-automatic rifle, (WW031928), knowing that the firearms were stolen, in violation of 18 U.S.C. § 922(j).

//

//

//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X (State)_____
Bail: _____

3