IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **AUSTIN LEE LAMB,** <br><br> **Defendant.** | **CR 18-42-BLG-SPW** <br><br><br> **WRIT OF HABEAS CORPUS (*AD PROSEQUENDUM*)** |

To: Rod Ostermiller, Acting United States Marshal, District of Montana and the Warden of Pine Hills Youth Correctional Facility

YOU ARE COMMANDED, to bring **Austin Lee Lamb, DOC #3020770** who is presently in your custody, before the Honorable Timothy J. Cavan, United States Magistrate Judge of the United States District Court for the State and

1

District of Montana, at the courtroom of the James F. Battin U.S. Courthouse, Billings, Montana at 9:00 a.m., on the 26th day of April, 2018, for such purposes as the Court may determine, and upon conclusion of all proceedings, the defendant shall be returned to the custody of the Pine Hills Youth Correctional Facility.

WITNESS the Honorable Timothy J. Cavan, United States Magistrate Judge at Billings, Montana, this 23rd day of March, 2018.

Tyler P. Gilman, Clerk

_____
Clerk



_____
Deputy Clerk