IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

**FILED**

AUG 3 1 2018

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO DISCLOSE |
| VS. | ) | JUVENILE RECORDS |
| | ) | |
| AUSTIN LEE LAMB | ) | DOCKET NO. CR 18-42-BLG-SPW |

---

Whereas the above-named defendant has been charged with committing the offense of Theft from a Federally Licensed Firearms Dealer and Possession of Stolen Firearms, in United States District Court for the District of Montana, the Petitioner requests that the Court order Pine Hills Youth Correctional Facility in Miles City; Intermountain Children's Home in Helena; Child Protective Services in Yellowstone County; Shodair Children's Hospital in Helena; Missouri River Youth and Shelter Home in Great Falls; Evergreen Youth Home in Great Falls; Aware Residential Services in Anaconda; Youth Dynamics and Rivers Edge Group Home in Billings; Normative Services in Sheridan, Wyoming; Lockwood Youth Home and New Day Ranch in Billings; Family Service Center in Billings; and Montana State Department of Corrections Juvenile Division, all juvenile records pertaining to the defendant, including charging documents, presentence investigation reports, attorney representation, mental health assessments/diagnosis and treatment records, medication regiments, substance abuse assessments/diagnosis and treatment records, discharge summaries, disciplinary actions, educational records, custody dispositions, and risk assessments, for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

*[signature]* 8/30/18
Andrea L. Hedges / Date
United States Probation Officer

================================
**ORDER**
================================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 20th day of August, 2018, the release of requested records held by Pine Hills Youth Correctional Facility in Miles City; Intermountain Children's Home in Helena; Child Protective Services in Yellowstone County; Shodair Children's Hospital in Helena; Missouri River Youth and Shelter Home in Great Falls; Evergreen Youth Home in Great Falls; Aware Residential Services in Anaconda; Youth Dynamics and Rivers Edge Group Home in Billings; Normative Services in Sheridan, Wyoming; Lockwood Youth Home and New Day Ranch in Billings; Family Service Center in Billings; and Montana State Department of Corrections Juvenile Division, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

*[signature]*
Honorable Susan P Watters
United States District Judge