IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-42-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| AUSTIN LEE LAMB, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Revocation Hearing currently

scheduled for Friday, April 28, 2023 at 1:30 p.m., is **VACATED** and **RESET** to

commence on **Friday, May 5, 2023 at 2:30 p.m.** in the James F. Battin U.S.

Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 26ᵗʰ day of April, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE